# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

136299

GAYNELL MCINTYRE, Personal Representative
of the Estate of LORENE PENDLEY, Deceased,
   Plaintiff-Appellee,

v

KOCHUNNIK MOHAN, MD,
   Defendant-Appellant,

and

SUBBA CHAVALI, MD,
   Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136299
COA: 274462
Bay CC: 04-003784-NH

On order of the Court, the application for leave to appeal the March 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk